UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYALTON MCCAMEY,

       Plaintiff,

  v.

OAKLAND POLICE DEPARTMENT, et al.,

       Defendants.

Case No. 14-cv-03709-CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

Docket No. 2

On August 15, 2014, Plaintiff, a state prisoner, filed this pro se prisoner complaint under 42 U.S.C. § 1983 and an incomplete application to proceed in forma pauperis. On that same date, the Clerk of the Court sent a notice to Plaintiff with a blank in forma pauperis application, informing him that he must pay the filing fee or file a completed prisoner's in forma pauperis application within twenty-eight days of the date of the notice or his action would be dismissed.

More than twenty-eight days have passed and Plaintiff has not paid the filing fee or submitted a completed in forma pauperis application.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file.

This order terminates docket number 2.

IT IS SO ORDERED.

Dated: September 26, 2014

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE